# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVIVSION

RODNEY TRAMMELL                                                    PLAINTIFF

v.                          No. 3:18-cv-16-DPM

DUSTIN ESTES, Deputy, Greene
County Sheriff's Department                                        DEFENDANT

## ORDER

Motion, № 14, granted. Colin Jorgensen is substituted as counsel of record for Estes. Kolton Jones is relieved as counsel.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

8 January 2019