IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RODNEY TRAMMELL                                                    PLAINTIFF

v.                           No. 3:18-cv-16-DPM

DUSTIN ESTES, Deputy, Greene
County Sheriff's Department                                        DEFENDANT

## ORDER

Motion to compel, № 17, granted. Trammell must respond to Estes's discovery requests — or notify Estes's lawyer if he believes any of the requests are improper under the Rules — by 8 March 2019. If he doesn't, then Estes may move to dismiss Trammell's remaining claims without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 February 2019