# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RODNEY TRAMMELL                                             PLAINTIFF

v.                          No. 3:18-cv-16-DPM

DUSTIN ESTES, Deputy, Greene
County Sheriff's Department                                 DEFENDANT

## ORDER

Motion to dismiss, № 20, granted. Trammell's remaining claims will be dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 April 2019