# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVIVSION

RODNEY TRAMMELL                            PLAINTIFF

v.                     No. 3:18-cv-16-DPM

DAVID CARTER, Sheriff, Greene
County; DUSTIN ESTES, Deputy,
Greene County Sheriff's Department;
and HUNTER WRIGHT, Sheriff Deputy,
Greene County Detention Center             DEFENDANTS

## JUDGMENT

Trammell's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 April 2019